IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 16-124 |
| | : | |
| KHRIST GONZALEZ-COLON | : | |

**ORDER**

AND NOW, this 9th day of May, 2024, after considering Defendant's *pro se* Motion for Reduction of Sentence Under 18 U.S.C. § 3582(c)(2) (ECF No. 57) and the government's response in opposition to the Motion (Doc. No. 59); and for the reasons set forth in the separately filed Memorandum Opinion, it is hereby **ORDERED** that the Motion (ECF No. 57) is **DENIED**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.